### PREVOST & WIFE vs. GREIG & AL.

APPEAL from the court of the fifth district.

PORTER, J. delivered the opinion of the
court. This case originated by an applica-
tion for an injunction against several credi-
tors, who, in virtue of executions issued on
distinct judgments, had seized property,
which one of the plaintiffs, a married wo-
man, alleges belongs to her. She avers, in
the petition on which the writ of injunction
issued, that the judgments rendered against

The defen-
dant in execu-
tion, who has
enjoined sev-
eral executi-
ons at the suit
of different
plaintiffs, in
the hands of
the sheriff,
each for a
sum less than
$300, cannot
give the su-
preme court
jurisdiction
of an appeal
from a judg-
ment dissolv-
ing the in-
junction.

West'n Dis't
August, 1826.

PREVOST
vs.
GREIG & AL.

her were illegal; that they were given on obligations entered into by her *in solido* with her husband; and that they were signed by her in consequence of his threats and solicitations.

On hearing the parties, the judge *a quo* dissolved the injunction, and the plaintiffs appealed.

It appears that each of these judgments was given for an amount less than that of which the court can take cognizance. The attempt, therefore, made by this mode of proceeding, to obtain a review of these judgments, and to have their nullity established, is an attempt to have that done, indirectly, which the law will not permit to be done directly. We are of opinion that we cannot, in this way, take cognizance of cases of which the constitution and the law have denied us jurisdiction.

It is therefore ordered, adjudged and decreed, that this appeal be dismissed with costs.

*Simon* for the plaintiff, *Brownson* & *Baker* for the defendants.